UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

IN RE: REQUEST FOR
CERTIFICATE OF GOOD STANDING

1:26-MC-00016
2:26-MC-00017

---------------------------------------------------------X

I, Joseph Farneti                          , hereby request a copy of my certificate
of good standing.

My date of admission to the Eastern District of New York is October 15, 2025        .

My state attorney registration number is 5852181                                     .

Law Firm or Other Employer; Kaufman Dolowich LLP

Address: 135 Crossway Park Drive

Suite 201

Woodbury, New York 11797

Phone: 631-422-5125        Mobile Phone: 631-487-2425

Email: jfarneti10@gmail.com

Dated: 7/6/26                          Signature