UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

IN RE: REQUEST FOR
CERTIFICATE OF GOOD STANDING                    1:26-MC-00016
                                                2:26-MC-00017

---------------------------------------------------------X

I, John J. Horn _____, hereby request a copy of my certificate
of good standing.

My date of admission to the Eastern District of New York is 6/17/2026 _____.

My state attorney registration number is 6302822 _____.

Law Firm or Other Employer; Guercio & Guercio LLP _____

Address: 77 Conklin Street _____
Farmingdale, NY 11735 _____

_____

Phone: 516-694-3000 _____ Mobile Phone: 631-935-4380 _____

Email: jhorn@guerciolaw.com _____

Dated: 7/9/26 _____          _____
                               Signature